Daniel Drakulich, Appellant, v. Stephen E. Hurley, John W. Clarke and Albert W. Williams, Civil Service Commissioners of City of Chicago, Appellees.

Gen. No. 44,620.

opinion filed March 16, 1949; released for publication April 11, 1949. Raymond F. Hayes, for appellant; J. Glenn Shehee, of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellees; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.